UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| EDWARD STEVENS,<br><br>　　　　　　　Petitioner,<br><br>v.<br><br>TEREMA CARLIN,<br><br>　　　　　　　Respondent. | Case No. 3:14-cv-00403-REB<br><br>**ORDER** |

Pending before the Court in this habeas corpus matter are various motions filed by the parties. Good cause appearing,

**IT IS HEREBY ORDERED:**

1. Respondent's First Motion for Extension of Time to File Response to Petition (Dkt. 11) is GRANTED.

2. Respondent's Second Motion for Extension of Time to File Response to Petition (Dkt. 12) is GRANTED.

3. Respondent's Third Motion for Extension of Time to File Response to Petition (Dkt. 13) is GRANTED.

4. Respondent's Fourth Motion for Extension of Time to File Response to Petition (Dkt. 14) is GRANTED.

**ORDER - 1**

5. Petitioner's First Motion for Extension of Time to File Reply (Dkt. 17) is GRANTED.

6. Petitioner's Second Motion for Extension of Time to File Reply (Dkt. 19) is GRANTED.

7. Petitioner's Motion for Permission to File Overlength Reply (Dkt. 21) is GRANTED. The Clerk of Court shall file the Petitioner's Response to State's Answer and Brief in Support of Dismissal of Petition (Dkt. 21-1) as a separate docket entry.

8. Respondent's sur-reply, if any, shall be filed within **30 days** after entry of this Order and shall be limited to **40 pages**.

DATED: **October 27, 2015**

_____
Honorable Ronald E. Bush
United States Magistrate Judge

ORDER - 2