## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| EDWARD STEVENS,<br><br>                Petitioner,<br><br>v.<br><br>TEREMA CARLIN,<br><br>                Respondent. | Case No. 3:14-cv-00403-REB<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision and Order filed on this date, IT IS HEREBY ORDERED AND ADJUDGED that Claim 1 of the Petition for Writ of Habeas Corpus is GRANTED, and judgment is entered in favor of Petitioner Edward Stevens. Within 120 days, the State must either release Petitioner or begin new trial proceedings against him.

DATED: **February 7, 2018**

_Ronald E. Bush_
Honorable Ronald E. Bush
United States Magistrate Judge