**FILED**

DEC 30 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EDWARD STEVENS,<br><br>        Petitioner - Appellee,<br><br> v.<br><br>TEREMA CARLIN,<br><br>        Respondent - Appellant. | No. 18-35172<br><br>D.C. No. 3:14-cv-00403-REB<br>U.S. District Court for Idaho, Moscow<br><br>**MANDATE** |

The judgment of this Court, entered November 14, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7